AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Raiffeisenbank a.s. accounts in the name of Melland Company S.R.O. and Sandvex Consulting S.R.O. | ) ) ) ) ) ) Case No. 3:13 MJ 7101 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of __Wash,DC&Czech Republic__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Raiffeisenbank a.s., (RBAS) Milady Horakove 10, 170 00, Prague 7, Czech Republic, account number 5787360001/5500 in the name of Melland Company S.R.O. and account number 4700585001/5500 in the name of Sandvex Consulting S.R.O.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before *September 16, 2013*
(not to exceed 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Vernelis K. Armstrong_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  at 1:35 p.m. 09/06/2013 0:00 am                *(signature)* 
                                                                                              Judge's signature

City and state:   Toledo, Ohio                            U.S. Magistrate Judge Vernelis K. Armstrong
                                                                              *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: 09/19/2013 4:30pm | Copy of warrant and inventory left with: uokfk.opp@mvr.cz |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken:

On 09/19/2013, at 4:30 p.m., a copy of the seizure warrant was forwarded to Police of the Czech Republic, Unit for Combating Corruption and Financial Crime. No inventory was provided.

FILED
2015 SEP 18 AM 9:06
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/08/2015

_David Gardner_
Executing officer's signature

David Gardner, Special Agent, FBI
Printed name and title